17

GFM

FILED IN OPEN COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NOV 22 2016

CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 16-245-CG |
| | * | USAO NO. 16R00486 |
| v. | * | |
| | * | VIOLATIONS: 21 USC § 846 |
| DIONE KYREME PETITE, | * | 21 USC § 841(a)(1) |
| DERRICK DEGREGORY HARRIS, | * | |
| TERRY LYNN MOORE, and | * | |
| JOHNNY GALEN BAZZEL | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

Beginning on or about March 1, 2016, and continuing through on or about the date of the return of this indictment, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**DIONE KYREME PETITE,
DERRICK DEGREGORY HARRIS,
TERRY LYNN MOORE, and
JOHNNY GALEN BAZZEL**

did willfully, knowingly and unlawfully conspire with each other and with Angela Lynn Graff, Corrie Beckham Hunnicutt, and with other persons, both known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, to-wit: methamphetamine (actual), contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

The quantity of methamphetamine (actual) each defendant conspired with the intent to possess exceeded 50 grams; thus, the defendants are subject to the penalty provisions of Title 21,

United States Code, Section 841(b)(1)(A).

## COUNT TWO

On or about July 12, 2016, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**JOHNNY GALEN BAZZEL**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 110.4 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 50 grams; thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT THREE

On or about August 22, 2016, at approximately 2030 hours, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**JOHNNY GALEN BAZZEL, aided and abetted by the defendants
TERRY LYNN MOORE,
DERRICK DEGREGORY HARRIS, and
DIONE KYREME PETITE**

and each defendant, aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 5.41 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 5 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT FOUR

On or about August 23, 2016, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**TERRY LYNN MOORE, aided and abetted by the defendants
DERRICK DEGREGORY HARRIS, and
DIONE KYREME PETITE**

and each defendant, aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 7 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 5 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT FIVE

On or about August 24, 2016, at approximately 1920 hours, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**DERRICK DEGREGORY HARRIS, aided and abetted by the defendant
DIONE KYREME PETITE**

aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule

3

II controlled substance, to-wit: approximately 170 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 50 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT SIX

On or about August 24, 2016, at approximately 1945 hours, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**DERRICK DEGREGORY HARRIS, aided and abetted by the defendant
DIONE KYREME PETITE**

aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 636 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 50 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT SEVEN

On or about August 24, 2016, at approximately 2243 hours, in the Southern District of Alabama, Southern Division and elsewhere, the defendant,

**DIONE KYREME PETITE**

aided and abetted by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled

substance, to-wit: approximately 445 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 50 grams; thus, the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT EIGHT

On or about August 29, 2016, in the Southern District of Alabama, Southern Division and elsewhere, Angela Lynn Graff and Corrie Beckham Hunnicutt, aided and abetted by the defendants,

**DERRICK DEGREGORY HARRIS, and
DIONE KYREME PETITE**

and each defendant aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 155.5 grams of methamphetamine (actual).

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of methamphetamine (actual) involved in the offense exceeded 50 grams; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

_____
GEORGE F. MAY
Assistant United States Attorney

_____
VICKI M. DAVIS
Assistant United States Attorney
Chief, Criminal Division        NOVEMBER 2016